By concurring in the result, I do not wish to be understood as approving nor condoning the initiation of criminal process to resolve the issue of whether Mr. Brown was engaged in the unlawful practice of law in the filing of a claim on behalf of his own corporation in the Small Claims Court. This issue, subsequently addressed and now resolved by the legislature(See, Act No. 80-758, SB. 247), has been subject to varied opinions and considerable controversy. Other more appropriate remedies were available short of criminal sanctions. Moreover, Mr. Brown may have filed these claims in court based upon certain language contained in the informational handbook entitled "The Who, When and How of Using the Small Claims Court in the State of Alabama" which was distributed as an aid to persons filing such claims. *Page 1141